UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINE ALCALA,<br><br>        Plaintiff,<br><br>    v.<br><br>LVNV FUNDING, LLC, *et al.*,<br><br>        Defendants. | Case No. 1:24-cv-00404-JLT-CDB<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND FILING DATE FOR JOINT SCHEDULING REPORT AND FOR SCHEDULING CONFERENCE<br><br>(Doc. 18) |

On April 4, 2024, Plaintiff Kristine Alcala ("Plaintiff") initiated this action with the filing of a complaint against Defendants Equifax Information Services, LLC, Experian Information Solutions, Inc., LVNV Funding, LLC, and TransUnion, LLC. (Doc. 1).[1] Pending before the Court is Plaintiff's motion to extend joint scheduling report and scheduling conference. (Doc. 18). Plaintiff states it has agreed to extend Equifax's deadline to respond to the Complaint to July 16, 2024. *Id*. at 1. Plaintiff notes the brief extension may facilitate settlement negotiations. *Id*.

///

---

[1] On June 4, 2024, Defendant TransUnion, LLC was dismissed from this action by operation of law. (Docs. 12, 13). Defendant LVNV Funding, LLC and Plaintiff filed a notice of settlement on June 10, 2024. (Docs. 16-17).

1

Accordingly, in light of Plaintiff's representations and good cause appearing, IT IS HEREBY ORDERED:

1. Plaintiff's motion to extend the dates for filing a joint scheduling report and for the scheduling conference (Doc. 18) is GRANTED;
2. Defendant Equifax's deadline to respond to Plaintiff's Complaint is extended to July 16, 2024;
3. The June 27, 2024, scheduling conference is continued to July 29, 2024, at 10:00 AM in Bakersfield before Magistrate Judge Christopher D. Baker, and the parties shall file a joint scheduling report at least one week prior to the scheduling conference in compliance with this Court's April 4, 2024, order (Doc. 4 at 2).

IT IS SO ORDERED.

Dated: **June 21, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

2